**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-2291

RODERICK A. CARTER,

Plaintiff - Appellant,

v.

CPC LOGISTICS, INC.; CPC MEDICAL PRODUCTS, LLC; HOSPIRA
FLEET SERVICES, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, Senior
District Judge. (3:12-cv-03637-MBS)

Submitted: March 29, 2016          Decided: March 31, 2016

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roderick A. Carter, Appellant Pro Se. Christopher John Near,
OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Columbia, South
Carolina; Danny Michael Henthorne, LITTLER MENDELSON PC,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick A. Carter appeals the district court's order granting summary judgment to the defendants on Carter's retaliation claim filed pursuant to Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carter v. CPC Logistics, Inc., No. 3:12-cv-03637-MBS (D.S.C. Sept. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED